William E. Weiner, SBN No. 285321
weinerw@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

CENTRAL DISTRICT

| | |
|---|---|
| GUO HAIYU TRADING INC. dba SPITFIRE AVIATION; Z.AEROWINGS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JIM VANEK AKA JAMES A R VANEK; KELLY VANEK; SPORT COPTER INC. AKA SPORTCOPTER; SPORT COPTER INTERNATIONAL, INC.; SPORT INTERNATIONAL INC.; AND DOES 1 TO 50, INCLUSIVE, <br><br> Defendants. | Case No. 2:17-cv-06382-KS <br><br> **STIPULATED GENERAL JUDGMENT OF DISMISSAL** <br><br> Magistrate Judge: Karen L. Stevenson |

Pursuant to FRCP 41(a)(1)(A)(ii), it is hereby stipulated by and among the parties that this matter has been fully resolved and that this case should be deemed resolved on the merits and dismissed in its entirety with prejudice and without costs or attorney fees to any party.

IT IS HEREBY ORDERED AND ADJUDGED that this action is deemed resolved on the merits and DISMISSED in its entirety WITH PREJUDICE

and without costs or attorney fees to any party. All pending motions are DENIED as moot.

_____
KAREN L. STEVENSON, UNITED STATES
MAGISTRATE JUDGE

IT IS SO STIPULATED:

DATED: March 23, 2018

LANE POWELL PC

By  /s/ William E. Weiner
William E. Weiner, SBN No. 285321
docketing-pdx@lanepowell.com
Attorneys for Sport Copter Inc., Jim Vanek, and Kelly Vanek

DATED: March 21, 2018

CRAWLEY LLP

By  /s/ Timothy I. Crawley
Timothy I. Crawley, SBN No. 281263
Crawley LLP
Email: tcrawley40@gmail.com
Attorney for Z.Aerowings LLC (Oregon), Z.Aerowings LLC (California), and Guo Haiyu Trading Inc.

2
**PAGE 2- STIPULATED GENERAL JUDGMENT OF DISMISSAL**
701221.0006/7223089.1

## CERTIFICATE OF SERVICE

I, Elizabeth Pinkley, hereby certify that on March 27, 2018, I electronically filed the foregoing document with the United States District Court, Central District of California, by using the Court's CM/ECF system. I certify that the foregoing parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Timothy I. Crawley
Crawley LLP
11808 SE Boise Street
Portland, OR  97266
Email:  tcrawley40@gmail.com

I declare that I am employed by the office of a member of the bar of this Court, at whose direction the service was made.

*[signature]*
Elizabeth Pinkley