JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUO HAIYU TRADING INC., et al., ) | NO. CV 17-6382-KS |
| Plaintiffs, ) | |
| v. ) | JUDGMENT |
| JAMES A. VANEK, et al., ) | |
| Defendants. ) | |

According to the Parties' Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 29, 2018

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE